| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:20-bk-54794<br>Southern District of Ohio<br>Columbus<br>Fri Oct 23 10:17:24 EDT 2020 | Ally Bank<br>PO Box 130424<br>Roseville MN  551130004 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | BAC Home Loans Serv. LP<br>4909 Savarse Circle<br>1-908-01-47<br>Tampa, FL 33634-2413 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Credit One Bank<br>6801 S. Cimarron Road<br>Las Vegas, NV 89113-2273 | Ethan Hill<br>Sottile & Barile, LLC<br>7530 Lucerne Drive, Suite 210<br>Cleveland, OH 44130-6557 | FMC - Omaha Service Center<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Sequium Asset Solutions, Inc.<br>1130 North Chase Park Suite 150<br>Marietta, GA 30067-6429 | Edward A. Bailey<br>Chapter 13 Trustee<br>130 E. Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | Katherine B. Brewer<br>Wood & Brewer, LLC<br>470 Olde Worthington Road<br>Suite 200<br>Westerville, OH 43082-9127 |
| Michelle L. Sweeney<br>1209 Chatham Ridge Road<br>Westerville, OH 43081-3235 | William M. Sweeney<br>1209 Chatham Ridge Road<br>Westerville, OH 43081-3235 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Fifth Third Bank<br>5050 Kingsley Drive<br>MD#1MOC2N<br>Cincinnati, OH 45263 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |