**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 11, 2020**



Jeffery P. Hopkins
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| In Re: | : Case No: 20-54794 |
| WILLIAM M. SWEENEY | : |
| MICHELLE L. SWEENEY | : |
|  | :  CHAPTER 13 |
| Debtor(s) | :  Judge Jeffery P. Hopkins |

### ORDER RESCHEDULING HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

This matter is before the Court on the report of the Chapter 13 Trustee. The Chapter 13 plan as proposed by the Debtor(s) will not be in posture for confirmation on the scheduled confirmation hearing date. Accordingly, it is so **ORDERED** and notice is hereby given, that the hearing on confirmation of the Debtor(s)' Chapter 13 plan, and any objections thereto, is rescheduled to 02/01/2021 at 01:00 PM.

Given the concerns surrounding COVID-19 (Coronavirus), **this hearing will be conducted telephonically**.  Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Hopkins' *Notice Regarding Scheduled Hearings* located on the Bankruptcy Court's website at:  www.ohsb.uscourts.gov  under the Judges' Information / Chief Judge Jeffery P. Hopkins / Policies and Procedures tab OR under Judge's Information/ Chief Judge Jeffery P. Hopkins / Hearing Schedules.

If you cannot access the instructions located on the website, please contact Judge Hopkins' Courtroom Deputy, Karli Fisher, by telephone at (513) 684-2852 or by email at Karli_Fisher@ohsb.uscourts.gov.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest