**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: December 11, 2020**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In Re: | : Case No: 20-54794 |
| WILLIAM M. SWEENEY | : |
| MICHELLE L. SWEENEY | : |
| | :   CHAPTER 13 |
| Debtor(s) | :   Judge Jeffery P. Hopkins |

## <u>ORDER RESCHEDULING HEARING ON CONFIRMATION OF CHAPTER 13 PLAN</u>

This matter is before the Court on the report of the Chapter 13 Trustee. The Chapter 13 plan as proposed by the Debtor(s) will not be in posture for confirmation on the scheduled confirmation hearing date. Accordingly, it is so **ORDERED** and notice is hereby given, that the hearing on confirmation of the Debtor(s)' Chapter 13 plan, and any objections thereto, is rescheduled to 02/01/2021 at 01:00 PM.

Given the concerns surrounding COVID-19 (Coronavirus), **this hearing will be conducted telephonically**. Please refer to the instructions for telephonic attendance of the hearing, including a call in number and access code (free of cost), in Judge Hopkins' *Notice Regarding Scheduled Hearings* located on the Bankruptcy Court's website at:  www.ohsb.uscourts.gov  under the Judges' Information / Chief Judge Jeffery P. Hopkins / Policies and Procedures tab OR under Judge's Information/ Chief Judge Jeffery P. Hopkins / Hearing Schedules.

If you cannot access the instructions located on the website, please contact Judge Hopkins' Courtroom Deputy, Karli Fisher, by telephone at (513) 684-2852 or by email at Karli_Fisher@ohsb.uscourts.gov.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 20-54794-jph

William M. Sweeney                                                              Chapter 13

Michelle L. Sweeney

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0648-2                              User: kalbaugt                                        Page 1 of 2

Date Rcvd: Dec 14, 2020                      Form ID: pdf01                              Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William M. Sweeney, Michelle L. Sweeney, 1209 Chatham Ridge Road, Westerville, OH 43081-3235 |
| 20482897 | + | BAC Home Loans Serv. LP, 4909 Savarse Circle, 1-908-01-47, Tampa, FL 33634-2413 |
| 20482900 | + | Ethan Hill, Sottile & Barile, LLC, 7530 Lucerne Drive, Suite 210, Cleveland, OH 44130-6557 |
| 20482901 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 5050 Kingsley Drive, MD#1MOC2N, Cincinnati, OH 45263 |
| 20482902 | | FMC - Omaha Service Center, PO Box 542000, Omaha, NE 68154-8000 |
| 20510449 | + | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 20482905 | + | Sequium Asset Solutions, Inc., 1130 North Chase Park Suite 150, Marietta, GA 30067-6429 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 18:44:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| 20494886 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 18:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 20486501 | | Email/Text: ally@ebn.phinsolutions.com | Dec 14 2020 18:44:00 | Ally Bank, PO Box 130424, Roseville MN 551130004 |
| 20482896 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 14 2020 18:44:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 20482898 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 14 2020 19:05:09 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 20508377 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 14 2020 19:05:09 | Capital One Bank USA NA, by American InfoSource as agent, PO Box 71083, Charlotte NC 282721083 |
| 20482899 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2020 19:05:16 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 20482903 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 18:44:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 20482904 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2020 18:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 20520907 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2020 19:06:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 20520878 | + | Email/Text: documentfiling@lciinc.com | Dec 14 2020 18:44:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 11

District/off: 0648-2 | User: kalbaugt | Page 2 of 2
Date Rcvd: Dec 14, 2020 | Form ID: pdf01 | Total Noticed: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Edward A. Bailey | trustee@ch13.org |
| Katherine B. Brewer | on behalf of Joint Debtor Michelle L. Sweeney kbrewer@woodbrewerlaw.com  woodbrewerlaw@gmail.com |
| Katherine B. Brewer | on behalf of Debtor William M. Sweeney kbrewer@woodbrewerlaw.com  woodbrewerlaw@gmail.com |

TOTAL: 4